AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  1:21-mj-26
)
205 BLUE RIDGE LANE )
MORGANTOWN, WV 26508 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the   Northern   District of   West Virginia  , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 372, 111(a)&(b), 2, 231(a)(3), 1512(c), 1752(a)(1), (2), (4)&(b)(1)(A) & 40 USC §5104(e)(2) | Conspiracy to impede/injure officer; Assaulting/resisting/impeding certain officers; Aiding/abetting; Civil disorders; Tampering with witness/victim/informant; Restricted building/grounds; Unlawful activities. |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Riley Palmertree, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   03/14/2021   by phone

*Judge's signature*

City and state:  Clarksburg, WV     Michael J. Aloi, United States Magistrate Judge
*Printed name and title*